IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANA BARKER                                                                                    PLAINTIFF

v.                                    Case No. 1:18-cv-1069

RELIANCE HEALTH CARE, INC.
and TIMBERLAND CARE AND
REHABILITATION CENTER, LLC.                                                    DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss Without Prejudice. (ECF No. 10). The Court finds that no response is necessary and that the matter is ripe for consideration.

The parties state that they have agreed to arbitrate this case pursuant to a dispute resolution agreement dated October 28, 2014. Accordingly, the parties ask the Court to dismiss this case without prejudice.

The Court construes the parties' motion as one brought pursuant to Federal Rule of Civil Procedure 41, which governs the dismissal of actions. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Although the parties do not style the instant motion as a stipulation, it nonetheless seeks dismissal of the case and is signed by all parties to this matter. Thus, the Court finds that that good cause for the motion has been shown and that dismissal of the case is proper pursuant to Rule 41(a)(1)(A)(ii). Accordingly, the parties' joint motion (ECF No. 10) is hereby **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge